IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BRIDGET AMANDA WINKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:20-cv-420–HEH |
| | ) |
| VIRGINIA DEPARTMENT OF TRANSPORTATION, | ) ) ) |
| | ) |
| Defendant. | ) |

## ORDER
### (Granting Defendant's Motion for Summary Judgment)

THIS MATTER is before the Court on Defendant's Motion for Summary Judgment (ECF No. 60) filed on October 15, 2021. For the reasons set forth in the accompanying Memorandum Opinion, the Motion for Summary Judgment is GRANTED. Plaintiff's Third Amended Complaint is DISMISSED WITH PREJUDICE.

The Clerk is DIRECTED to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

This case is CLOSED.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: Nov. 30, 2021
Richmond, Virginia